Allen Bruce WOODS v. STATE of Arkansas

CR 94-311                                            876 S.W.2d 577

Supreme Court of Arkansas
Opinion delivered May 31, 1994

*Paul Johnson*, for appellant.

No response.

PER CURIAM. Allen Bruce Woods, by his attorney, has filed a motion for a rule on the clerk.

His attorney, Paul Johnson, admits by motion and brief that the record was tendered late due to a mistake on his part.

 We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.